IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | 09-27662 MBM |
| Richard John Dunkle | Chapter 7 Proceeding |
|     Debtor(s) | |
| U.S. Bank, NA | Related to Document No. 39 |
|     Movant | |
| v. | **BY DEFAULT** |
| Richard John Dunkle and | |
| Carlota M. Bohm, Esquire | |
|     Respondents | |

### ORDER

AND NOW, this 23 day of Mar., 2010, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, U.S. Bank, NA and/or its successors and assigns to proceed with foreclosure on the property located at 2451 8th Street #43, Sarosota, FL 34237 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, U.S. Bank, NA shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

BY THE COURT:

*/s/ M. Bruce McCullough*
United States Bankruptcy Judge
M. Bruce McCullough

FILED
MAR 23 2010
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

Gregory Javardian
Attorney for U.S. Bank, NA

Richard John Dunkle
Debtor(s)

Carlota M. Bohm, Esquire
Trustee